CONNER v. STATE.

[83 South, 684, In Banc.  No. 20798]

In this case there was a motion to set aside a former judgment of
reversal, and determine the case on its merits; the former judg-
ment was set aside, and the judgment affirmed.

For former opinion see 83 So. 86.

*J. E. Harrington,* for appellant

*Frank Roberson,* Attorney-General, for the State

SMITH, C. J., delivered the opinion of the court.

This is an appeal from a conviction of murder fol-
lowed by the death penalty.  The cause was submitted
to this court on a former day and affirmed, no briefs
being then on file by either the appellant or the state.
The cause now comes on to be heard on the joint re-
quest of counsel for the appellant and the attorney
general that the former judgment be set aside and the
cause determined on its merits, counsel for the appel-
lant filing with the motion his brief on the merits.
The motion to set aside the former judgment will be
sustained and since, after a re-examination of the cause
in the light of the appellant's brief on the merits,
we find no error in the rulings of the court below com-
plained of, the judgment of the court below will be
again affirmed, and Friday the 26th day of March, 1920,
fixed as the date for the execution of the sentence.

*Affirmed.*